The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROMAR ARAGON NOTO,<br>Defendant. | NO. CR26-0198-JCC-2<br><br>[~~PROPOSED~~] **ORDER TO QUASH ARREST WARRANT AND SUMMONS** |

The Court, having reviewed the government's unopposed motion to quash arrest warrant and praecipe for summons, hereby orders the following:

The October 14, 2026 arrest warrant issued in this matter for Defendant Romar Aragon Noto is hereby QUASHED.

The Court further SUMMONS Mr. Noto to appear at the Untied States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before Magistrate Judge Brian A. Tsuchida, on November 13, 2026, at 11:00 A.M., to answer an Indictment charging Conspiracy to Commit Interstate Transportation of Stolen Property, in violation Title 18, United States Code, Section 371 and Money Laundering, in violation of Title 18, United States Code, Sections 1957 and 2.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The United States Marshals Service is ORDERED to return the arrest warrant for Mr. Noto to the Clerk's office unexecuted.

DATED this 5th day of November, 2026.

THE HONORABLE JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/ Cindy Chang*
CINDY CHANG
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970